## UNITED ELECTRIC SUPPLY COMPANY, INC. *v.*
## E. I. CONSTRUCTORS, INC.
### (12174)

O'CONNELL, HEIMAN and SPEAR, Js.

Submitted on briefs January 4—decision released January 25, 1994

*Bernard Green* and *Joel Z. Green* filed a brief for the appellant (defendant).

*Eugene C. Cushman* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## NANCY BURTON *v.* PLANNING COMMISSION
## OF THE TOWN OF REDDING ET AL.
### (12306)

O'CONNELL, LAVERY and SPEAR, Js.

Argued January 4—decision released January 25, 1994

*Nancy Burton,* pro se, the appellant (plaintiff).

*Michael N. LaVelle,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.